

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00145-CV

| | | |
|---|---|---|
| HALTOM CITY ECONOMIC DEVELOPMENT CORPORATION, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-276438-15) |
| V. | § | March 21, 2019 |
| KENT FLYNN, D/B/A FLYNN & COMPANY, AND D/B/A SFC SERVICES, Appellee | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellant Haltom City Economic Development Corporation's plea to the jurisdiction is affirmed.

It is further ordered that Appellant Haltom City Economic Development Corporation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mark T. Pittman_____
     Justice Mark T. Pittman